PROB 12C
(6/16)

Report Date: June 13, 2022

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Michael George Andy | Case Number: 0980 1:18CR02007-SMJ-1 |
| Address of Offender: ███████, Wapato, Washington 98951 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: March 29, 2019 | |
| Original Offense: Abusive Sexual Contact With A Child, 18 U.S.C. §§ 2244(a)(5) and 1153 | |
| Original Sentence: Prison - 60 months; TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: June 3, 2022 |
| Defense Attorney: Jeremy B. Sporn | Date Supervision Expires: Life |

### PETITIONING THE COURT

To issue a warrant.

On June 6, 2022, supervised release conditions were reviewed and signed by Mr. Andy acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Andy is alleged to have violated his conditions of supervised release by consuming alcohol on or about June 4 and 5, 2022.<br><br>On June 6, 2022, Mr. Andy reported to the probation office for his intake interview. During the interview, Mr. Andy admitted to this officer that he consumed alcohol over the weekend of June 4 and 5, 2022. Mr. Andy signed an admission/denial form admitting he consumed alcohol as noted. |
| 2 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the |

Prob12C
**Re: Andy, Michael George**
**June 13, 2022**
Page 2

change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Andy is alleged to have violated his conditions of supervised release by failing to notify the probation officer of a change of address as of June 13, 2022.

On June 9, 2022, this officer attempted to conduct a home inspection at Mr. Andy's approved residence at Noah's Ark Homeless Shelter (NAHS). Staff at NAHS informed this officer that Mr. Andy had reported the morning of June 6, 2022, and was directed to return later in the day to complete his paperwork. However, Mr. Andy failed to return to NAHS later that day, and staff at NAHS have not seen him since.

On June 13, 2022, this officer contacted Memorial Hospital and verified Mr. Andy was not a patient there. As of the writing of this report, Mr. Andy failed report a change address and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 13, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

06/13/2022
Date