PROB 12C
(6/16)

Report Date: January 23, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael George Andy         Case Number: 0980 1:18CR02007-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:   The Honorable Salvador Mendoza, Jr., Circuit Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 29, 2019

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact With a Child, 18 U.S.C. § 2244(a)(5) and 1153 | |
| Original Sentence: | Prison - 60 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>July 26, 2022 | Prison - 4 months<br>TSR - Life | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 22, 2022 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: Life |

## PETITIONING THE COURT

To issue a warrant.

On October 31, 2022, supervised release conditions were reviewed and signed by Mr. Andy acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Andy is alleged to have violated his conditions of supervised release by consuming alcohol on January 13, 2023.<br><br>On January 17, 2023, this officer received a telephone call from the house manager at Mr. Andy's residence who reported that on the evening of January 13, 2023, Mr. Andy had returned home intoxicated from alcohol. Later that same day, Mr. Andy reported to the |

Prob12C
**Re: Andy, Michael George**
**January 23, 2023**
**Page 2**

    probation office as directed and admitted to consuming alcohol on January 13, 2023. While in the office, Mr. Andy signed an admission form admitting he consumed alcohol on that date.

2    **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arraignments (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance in not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    **Supporting Evidence**: Mr. Andy is alleged to have violated his conditions of supervised release by failing to notify the probation officer of a change of address from January 14 to16, 2023.

    On January 17, 2023, this officer received a telephone call from the house manager at Mr. Andy's residence stating that on the evening of January 13, 2023, Mr. Andy had returned to the home intoxicated. Mr. Andy then departed the residence. The house manager stated that as of January 14, 2023, Mr. Andy had not returned and he did not know where he was residing. Mr. Andy did not contact the probation office during this time frame.

3    **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Andy is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for a urinalysis (UA) on January 19, 2023.

    On January 11, 2023, the substance abuse testing instructions were reviewed with Mr. Andy. Mr. Andy verbally acknowledged his understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Mr. Andy was to report to Merit and submit to a drug screen.

    On January 20, 2023, this officer received notification from Merit that Mr. Andy failed to submit a UA on January 19, 2023. On January 20, 2023, this officer contacted Mr. Andy via telephone to address his failure to submit to drug testing. Mr. Andy admitted he did not report to Merit for his colorline UA on January 19, 2023.

4    **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arraignments (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance in not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    **Supporting Evidence**: Mr. Andy is alleged to have violated his conditions of supervised release by failing to notify the probation officer of a change of address since January 17, 2023.

Prob12C
**Re: Andy, Michael George**
**January 23, 2023**
Page 3

On January 17, 2023, Mr. Andy said he would be residing with his brother at 211 Wanity Park Drive, Toppenish, Washington 98948.

On January 20, 2023, this officer conducted a home inspection at Mr. Andy's new listed residence, the home of his brother. When Mr. Andy's brother opened the door, he informed this officer that Mr. Andy was not allowed to reside there and had not been at the home since releasing from treatment, even though Mr. Andy had informed this officer that he was allowed to reside there. On January 21, 2023, this officer received a voicemail from Mr. Andy on a new telephone number, and informed this officer he was in the process of purchasing a new cellular phone.

On January 23, 2023, this officer attempted to call Mr. Andy at the same number from 2 days prior, however, the call was answered by Mr. Andy's sister. Mr. Andy's sister stated that Mr. Andy's phone had been stolen and she had not heard from him, but she would let this officer know when she did make contact with him. This officer verified with Yakima County Sheriff's office that Mr. Andy's registered sex offender address is listed as his brother's address.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/23/2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/24/2023
Date